DANIEL J. BRODERICK, Bar #89424
Federal Defender
MARC C. AMENT, Bar #59080
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
JOSEPH WAYNE DELK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. 1:06-CR-0192 AWI |
|---|---|---|
| Plaintiff, | ) | STIPULATION TO CONTINUE STATUS CONFERENCE HEARING, AND ORDER THEREON |
| v. | ) | |
| JOSEPH WAYNE DELK, | ) | Date: October 10, 2006 |
| Defendant. | ) | Time: 9:00 a.m. |
|  | ) | Judge: Honorable Anthony W. Ishii |

**STIPULATION**

It is hereby stipulated by and between the parties hereto that the status conference hearing in the above- entitled matter now set for September 11, 2006, may be continued to **October 10, 2006, at 9:00 a.m.**

The reason for this continuance is to allow counsel additional time for defense preparation and case settlement negotiations.

The parties agree that time shall be excluded pursuant to 18 U.S.C. §§ 3161, subd.(h)(8)(A) and (B) in that the ends of justice served by the continuance outweigh the best interest of the public and the

///

///

///

1  defendant in a speedy trial, since the failure to grant such a continuance would deny counsel for the
2  defendant the reasonable time necessary for effective preparation, taking into account the exercise of due
3  diligence.

4                                                          McGREGOR W. SCOTT
                                                           United States Attorney
5

6  DATED: September 7, 2006              By:    /s/  Kimberly A. Sanchez
                                                 KIMBERLY A. SANCHEZ
7                                                Assistant U.S. Attorney
                                                 Attorney for Plaintiff
8

9                                                DANIEL J. BRODERICK
                                                 Federal Defender
10

11 DATED: September 7, 2006              By:    /s/ Marc C. Ament
                                                 MARC C. AMENT
12                                               Assistant Federal Defender
                                                 Attorney for Defendant
13                                               Joseph Wayne Delk

14

15
                                         **ORDER**
16
         **IT IS SO ORDERED.**  Time is excluded pursuant to 18 U.S.C. § 3161, subd. (h)(8)(A) and (B).
17
   For the reasons stated above, the court finds that the ends of justice served by the delay outweigh the best
18
   interest of the public and the defendants in a speedy trial.
19

20
   IT IS SO ORDERED.
21
   **Dated:    September 8, 2006**              /s/ **Anthony W. Ishii**
22 0m8i78                                        UNITED STATES DISTRICT JUDGE

23

24

25

26

27

28

Stipulation and Proposed Order - Badorine                  2