1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  MARC C. AMENT, Bar #59080
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California  93721-2226
   Telephone: (559) 487-5561
5
   Attorney for Defendant
6  JOSEPH WAYNE DELK

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,       )   NO. 1:06-CR-0192  AWI
                                    )
12 |         *Plaintiff*,            )   STIPULATION TO CONTINUE STATUS
                                    )   CONFERENCE HEARING, AND ORDER
13 |     v.                          )   THEREON
                                    )
14 | JOSEPH WAYNE DELK,              )   Date:  December 4, 2006
                                    )   Time:  9:00 a.m.
15 |         *Defendant*.            )   Judge: Honorable Anthony W. Ishii
                                    )
16 |                                 )

17

18                              **STIPULATION**

19     It is hereby stipulated by and between the parties hereto that the status conference hearing in the

20 above- entitled matter now set for November 13, 2006, may be continued to **December 4, 2006, at 9:00**

21 **a.m.**

22     The reason for this continuance is to allow counsel additional time for defense preparation and case

23 settlement negotiations.

24     The parties agree that time shall be excluded pursuant to 18 U.S.C. §§ 3161, subd.(h)(8)(A) and

25 (B) in that the ends of justice served by the continuance outweigh the best interest of the public and the

26 ///

27 ///

28 ///

1  defendant in a speedy trial, since the failure to grant such a continuance would deny counsel for the
2  defendant the reasonable time necessary for effective preparation, taking into account the exercise of due
3  diligence.

4                                                                  McGREGOR W. SCOTT
                                                                    United States Attorney
5

6  DATED: November 8, 2006                  By:      /s/  Kimberly A. Sanchez
                                                     KIMBERLY A. SANCHEZ
7                                                    Assistant U.S. Attorney
                                                     Attorney for Plaintiff
8

9                                                    DANIEL J. BRODERICK
                                                     Federal Defender
10

11  DATED: November 8, 2006                 By:      /s/ Marc C. Ament
                                                     MARC C. AMENT
12                                                   Assistant Federal Defender
                                                     Attorney for Defendant
13                                                   Joseph Wayne Delk

14

15
                                            **ORDER**
16
       **IT IS SO ORDERED.**  Time is excluded pursuant to 18 U.S.C. § 3161, subd. (h)(8)(A) and (B).
17
For the reasons stated above, the court finds that the ends of justice served by the delay outweigh the best
18
interest of the public and the defendants in a speedy trial.
19

20
IT IS SO ORDERED.
21
**Dated:   November 13, 2006**           /s/ **Anthony W. Ishii**
22  0m8i78                                UNITED STATES DISTRICT JUDGE

23
24
25
26
27
28

Stipulation and Proposed Order - Delk                2