DANIEL J. BRODERICK, Bar #89424
Federal Defender
MARC C. AMENT, Bar #59080
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
JOSEPH WAYNE DELK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    *Plaintiff*,<br><br>v.<br><br>JOSEPH WAYNE DELK,<br><br>    *Defendant*. | NO. 1:06-CR-0192  AWI<br><br>STIPULATION TO CONTINUE MOTIONS SCHEDULE AND ORDER THEREON<br><br>Date:  January 29, 2007<br>Time:  9:00 a.m.<br>Judge: Honorable Anthony W. Ishii |

**STIPULATION**

It is hereby stipulated by and between the parties, that the dates for filing of pretrial motions and responses thereto are continued as follows: Defendant's motions are to be filed on or before December 26, 2006, the government's responses, if any, are due on or before January 16, 2007.  The hearing on the motions currently scheduled for December 4, 2006, at 9:00 a.m., is continued to **January 29, 2007, at 9:00 a.m.**

The reason for this continuance is to allow counsel for defendant more time to evaluate discovery and to prepare and present pretrial motions.

The parties agree that time shall be excluded pursuant to 18 U.S.C. § 3161, subd. (h)(1)(F), and pursuant to subd. (8)(A) and (B) in that the ends of justice served by the continuance outweigh the best interest of the public and the defendant in a speedy trial, since the failure to grant such a continuance

would deny counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

                                            McGREGOR W. SCOTT
                                            United States Attorney

DATED: November 30, 2006                    By:    /s/ Kimberly A. Sanchez
                                                                 KIMBERLY A. SANCHEZ
                                                                  Assistant U.S. Attorney
                                                                   Attorney for Plaintiff

                                            DANIEL J. BRODERICK
                                            Federal Defender

DATED: November 30, 2006                    By:    /s/ Marc C. Ament
                                                                  MARC C. AMENT
                                                                 Assistant Federal Defender
                                                                 Attorney for Defendant
                                                                Joseph Wayne Delk

## ORDER

**IT IS SO ORDERED.** Time is excluded pursuant to 18 U.S.C. § 3161, subd. (h)(8)(A) and (B). For the reasons stated above, the court finds that the ends of justice served by the delay outweigh the best interest of the public and the defendants in a speedy trial.

IT IS SO ORDERED.

**Dated:   December 1, 2006**                   **/s/ Anthony W. Ishii**
9h0d30                                             UNITED STATES DISTRICT JUDGE