1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  MARC C. AMENT, Bar #59080
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California  93721-2226
   Telephone: (559) 487-5561
5
   Attorney for Defendant
6  JOSEPH WAYNE DELK

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,         )   NO. 1:06-CR-0192  AWI
                                     )
12            *Plaintiff*,           )   STIPULATION TO CONTINUE MOTIONS
                                     )   SCHEDULE AND ORDER THEREON
13       v.                          )
                                     )   Date:  February 12, 2007
14 JOSEPH WAYNE DELK,                )   Time:  9:00 a.m.
                                     )   Judge: Honorable Anthony W. Ishii
15            *Defendant*.           )
                                     )
16  _____ )

17

18                              **STIPULATION**

19       It is hereby stipulated by and between the parties, that the dates for filing of pretrial motions and

20 responses thereto are continued as follows: Defendant's motions are to be filed on or before January 8,

21 2007, the government's responses, if any, are due on or before January 29, 2007.  The hearing on the

22 motions currently scheduled for January 29, 2007, at 9:00 a.m., is continued to **February 12, 2007, at**

23 **9:00 a.m.**

24       The reason for this continuance is to allow counsel for defendant more time to evaluate discovery

25 and to prepare and present pretrial motions.

26       The parties agree that time shall be excluded pursuant to 18 U.S.C. § 3161, subd. (h)(1)(F), and

27 pursuant to subd. (8)(A) and (B) in that the ends of justice served by the continuance outweigh the best

28 interest of the public and the defendant in a speedy trial, since the failure to grant such a continuance

would deny counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

                                                McGREGOR W. SCOTT
                                                United States Attorney

DATED: December 21, 2006                     By:    /s/ Kimberly A. Sanchez
                                                                   KIMBERLY A. SANCHEZ
                                                                   Assistant U.S. Attorney
                                                                   Attorney for Plaintiff

                                                DANIEL J. BRODERICK
                                                Federal Defender

DATED: December 21, 2006                     By:    /s/ Marc C. Ament
                                                                   MARC C. AMENT
                                                                   Assistant Federal Defender
                                                                   Attorney for Defendant
                                                                   Joseph Wayne Delk

## ORDER

**IT IS SO ORDERED.** Time is excluded pursuant to 18 U.S.C. § 3161, subd. (h)(8)(A) and (B). For the reasons stated above, the court finds that the ends of justice served by the delay outweigh the best interest of the public and the defendants in a speedy trial.

IT IS SO ORDERED.

**Dated:     December 22, 2006**                    **/s/ Anthony W. Ishii**
0m8i78                                                          UNITED STATES DISTRICT JUDGE