McGREGOR W. SCOTT
United States Attorney
STEVEN M. CRASS
Assistant U.S. Attorney
2500 Tulare Street
Room 4401
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 1:06-cr-0192 AWI |
|---|---|---|
| | ) | |
| Plaintiff, | ) | STIPULATION TO CONTINUE MOTIONS |
| | ) | SCHEDULE AND ORDER THEREON |
| v. | ) | |
| | ) | DATE: March 5, 2007 |
| JOSEPH WAYNE DELK, | ) | TIME: 9:00 a.m. |
| | ) | PLACE: Courtroom 2 |
| Defendant. | ) | Honorable Anthony W. Ishii |
| | ) | |

IT IS HEREBY STIPULATED by and between the parties, that the date for the government's response to Defendant's pretrial motions presently set to be filed by January 29, 2007 be extended to February 26, 2007, and the hearing on the motion set for February 12, 2007 be extended until March 5, 2007.

All parties herein, through their respective counsel have been contacted regarding the requested extension continuance and concur with this request.

The parties agree that the resulting delay occurring between January 29, 2007 and the date for the hearing of the motion, shall continue to be excluded for speedy trial purposes pursuant to 18 U.S.C. § 3161(h)(1)(f).

///

///

1

IT IS SO STIPULATED.

Dated: January 25, 2007                McGREGOR W. SCOTT
                                       United States Attorney

                                       By: /s/ Steven M. Crass
                                           STEVEN M. CRASS
                                           Assistant U.S. Attorney


Dated: January 25, 2007                By: /s/ Marc Ament (by consent)
                                           MARC AMENT
                                           Attorney for Defendant
                                           JOSEPH WAYNE DELK


ORDER

Upon the stipulation of the parties and good cause appearing therefore,

IT IS HEREBY ORDERED that the hearing date for the government's response to Defendant's pretrial motions presently set to be filed by January 29, 2007 be extended to February 26, 2007, and the hearing on the motion set for February 12, 2007 be extended until March 5, 2007, to be heard before the Honorable Anthony W. Ishii, Courtroom 2.

IT IS SO ORDERED.

**Dated:  January 26, 2007**              **/s/ Anthony W. Ishii**
0m8i78                                    UNITED STATES DISTRICT JUDGE

2