```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  KIMBERLY A. SANCHEZ
    Assistant U.S. Attorney
 3  4401 Federal Building
    2500 Tulare Street
 4  Fresno, California 93721
    Telephone: (559) 497-4000
 5
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT FOR THE
 9                    EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,    )    CR. NO. 06-00192 LJO
                                 )
12              Plaintiff,       )    STIPULATION TO EXTEND
                                 )    GOVERNMENT'S TIME TO FILE
13       v.                      )    RESPONSE TO DEFENDANT'S MOTION
                                 )    TO SUPPRESS
14  JOSEPH WAYNE DELK,           )
                                 )
15              Defendant.       )
                                 )
16                               )
                                 )
17  _____)
```

18       It is stipulated and agreed between the parties that the
19  government's response to defendant's motion to suppress currently
20  due June 8, 2007 is now due June 15, 2007.
21       An evidentiary hearing on defendant's discovery motion is
22  scheduled for June 21, 2007.
23  I hereby agree to the above stipulation.
24  Dated: 6-8-07
25                                    /s/Kimberly A. Sanchez___
                                      Kimberly A. Sanchez
26                                    Assistant U.S. Attorney
27
28  I hereby consent to the above stipulation.

1

```
Dated: 6-8-07

                                    /s/Marc Ament___
                                    Marc Ament
                                    Assistant Federal Defender



 THE COURT HAS RECEIVED AND REVIEWED THE STIPULATION FOR EXTENDING
       THE DUE DATE FOR THE OPPOSITION PAPERS TO BE FILED BY THE
GOVERNMENT, BUT CAN NOT MAKE A RULING OR ISSUE AN ORDER UNLESS THE
GOOD CAUSE IS STATED.
```

IT IS SO ORDERED.

**Dated:   June 8, 2007            /s/ Lawrence J. O'Neill**
                  UNITED STATES DISTRICT JUDGE

2