```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  KIMBERLY A. SANCHEZ
    Assistant U.S. Attorney
 3  4401 Federal Building
    2500 Tulare Street
 4  Fresno, California 93721
    Telephone: (559) 497-4000
 5
 6
 7
 8            IN THE UNITED STATES DISTRICT COURT FOR THE
 9                  EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,    )   CR. NO. 06-00192 LJO
                                 )
12           Plaintiff,          )   STIPULATION TO EXTEND
                                 )   GOVERNMENT'S TIME TO FILE
13      v.                       )   RESPONSE TO DEFENDANT'S MOTION
                                 )   TO SUPPRESS
14  JOSEPH WAYNE DELK,           )
                                 )
15           Defendant.          )
16                               )
                                 )
17  _____ )
```

18      It is stipulated and agreed between the parties that the
19 government's response to defendant's motion to suppress currently
20 due June 8, 2007 is now due June 15, 2007.
21      An evidentiary hearing on defendant's discovery motion is
22 scheduled for June 21, 2007.
23 I hereby agree to the above stipulation.
24 Dated: 6-8-07

25                                      /s/Kimberly A. Sanchez___
                                        Kimberly A. Sanchez
26                                      Assistant U.S. Attorney

27
   I hereby consent to the above stipulation.
28

                                    1

Dated: 6-8-07

/s/Marc Ament
Marc Ament
Assistant Federal Defender

**ORDER**

It is ordered that the government's response to defendant's motion to suppress is now due June 15, 2007.

Dated: 6/8/07

/s/ Lawrence J. O'Neill
Honorable Lawrence J. O'Neill
U.S. District Court Judge

2