| | |
|---|---|
| 1 | DANIEL J. BRODERICK, Bar #89424 |
|   | Federal Defender |
| 2 | MARC C. AMENT, Bar #59080 |
|   | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
|   | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, California 93721-2226 |
|   | Telephone: (559) 487-5561 |

Attorney for Defendant
JOSEPH WAYNE DELK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. 1:06-CR-0192 LJO |
|---|---|---|
| Plaintiff, | ) | STIPULATION TO CONTINUE SENTENCING |
| | ) | HEARING, AND ORDER THEREON |
| v. | ) | |
| | ) | Date:  July 25, 2008 |
| JOSEPH WAYNE DELK, | ) | Time:  8:45 a.m. |
| | ) | Judge: Honorable Lawrence J. O'Neill |
| Defendant. | ) | |

### STIPULATION

It is hereby stipulated by and between the parties, that the sentencing hearing in the above entitled matter currently scheduled for July 18, 2008, at 8:45 a.m., be continued to **July 25, 2008, at 8:45 a.m.**

The reason for this continuance is to allow counsel for defendant more time to prepare and file formal objections.

The parties agree that time shall be excluded pursuant to 18 U.S.C. § 3161, subd. (h)(1)(F), and pursuant to subd. (8)(A) and (B) in that the ends of justice served by the continuance outweigh the best interest of the public and the defendant in a speedy trial, since the failure to grant such a continuance would deny counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

|   |   |
|---|---|
|   | McGREGOR W. SCOTT<br>United States Attorney |
| DATED: July 9, 2008 | By: /s/ Kimberly A. Sanchez<br>KIMBERLY A. SANCHEZ<br>Assistant U.S. Attorney<br>Attorney for Plaintiff |
|   | DANIEL J. BRODERICK<br>Federal Defender |
| DATED: July 9, 2008 | By: /s/ Marc C. Ament<br>MARC C. AMENT<br>Assistant Federal Defender<br>Attorney for Defendant<br>Joseph Wayne Delk |

## ORDER

**Good cause exists to continue the sentencing to allow the defense counsel time to file objections to the sentencing report..** Time is excluded pursuant to 18 U.S.C. § 3161, subd. (h)(8)(A) and (B). For the reasons stated above, the court finds that the ends of justice served by the delay outweigh the best interest of the public and the defendants in a speedy trial.

IT IS SO ORDERED.

**Dated: July 9, 2008**          /s/ Lawrence J. O'Neill
                               UNITED STATES DISTRICT JUDGE

Stipulation and Proposed Order - Delk          2